No. 632, Misc., October Term, 1957. HARMON v. UNITED STATES, 357 U. S. 908;

No. 669, Misc., October Term, 1957. LESSER v. MARTIN, WARDEN, 357 U. S. 909;

No. 670, Misc., October Term, 1957. NICOL ET AL. v. NATIONAL SAVINGS & TRUST CO., EXECUTOR, 357 U. S. 909;

No. 672, Misc., October Term, 1957. MILLER v. TOWN OF SUFFIELD ET AL., 356 U. S. 978;

No. 702, Misc., October Term, 1957. SWITZER v. UNITED STATES, 357 U. S. 922;

No. 751, Misc., October Term, 1957. JORDAN v. ARIZONA, 357 U. S. 922;

No. 770, Misc., October Term, 1957. ROARK v. WEST ET AL., 357 U. S. 940;

No. 774, Misc., October Term, 1957. JONES v. UNITED STATES, 357 U. S. 932;

No. 777, Misc., October Term, 1957. CRABTREE v. UNITED STATES, 357 U. S. 901;

No. 781, Misc., October Term, 1957. LOZOYA v. RAMIREZ ET AL., 357 U. S. 941;

No. 799, Misc., October Term, 1957. PEABODY v. GULOTTA, DISTRICT ATTORNEY OF NASSAU COUNTY, NEW YORK, 357 U. S. 941;

No. 803, Misc., October Term, 1957. WOLF v. BROWNELL, ATTORNEY GENERAL, ET AL., 357 U. S. 942; and

No. 822, Misc., October Term, 1957. MILLER, ALIAS WARNER, v. ILLINOIS, 357 U. S. 943. Petitions for rehearing denied.

No. 543, Misc., October Term, 1957. CATO v. CALIFORNIA ET AL., 357 U. S. 932. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.